Kevin M.(Casey) Christensen (Bar No. 168119)
casey@christensenlawgrp.com
CHRISTENSEN LAW GROUP
2603 Camino Ramon, Suite 385
San Ramon, CA 94583
Telephone:     925.937.0800
Facsimile:      925.215.4514

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO MARAVILLA,<br><br>            Plaintiff,<br><br>       v.<br><br>ROSAS BROTHERS CONSTRUCTION, INC.; VICTOR MANUEL ROSAS, JOSE HUMBERTO ROSAS, and JOSE LUIS ROSAS,<br><br>            Defendants. | Case No.  3:16-CV-06117 JST<br>　　　　　　　　　　ORDER<br>**STIPULATION AND** ~~**PROPOSED**~~ **TO CONTINUE CASE MANAGEMENT CONFERENCE [Civ. L.R. 7-12]**<br><br>**Date:**         **March 8, 2017**<br>**Time:**         **2:00 p.m.**<br>**Courtroom: 9** |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties, through undersigned counsel, stipulate as follows:

1.       This matter was filed on October 24, 2017.

2.       Defendant Rosas Brothers Construction, Inc. was served on January 13, 2017. The three individual defendants have not yet been served.

3.       This matter was assigned to the Hon. Jon S. Tigar effective January 20, 2017, following plaintiff's declination to consent to jurisdiction of a magistrate judge for all purposes.

4.       Counsel for defendants was first retained on February 9, 2017. The individual

defendants will shortly acknowledge receipt of summons as requested by plaintiff's counsel on February 13, 2017.

5. Given the short amount of time between the appearance of defendants and their counsel, the parties respectfully, and jointly, submit that it would be difficult for defendants to engage meaningfully in meet and confer regarding the case, and prepare to exchange initial disclosures, prior to the March 8, 2107 case management conference previously scheduled in this matter.

6. In addition, defendants' counsel is on a previously scheduled vacation out of state that will not conclude until February 28, 2017, making it significantly inconvenient for defendants counsel to prepare for and meaningfully participate in the scheduled case management conference.

7. Accordingly, the parties respectfully, and jointly, request that the Court continue the case management previously set for March 8, 2017, to a date not less than 90 days thereafter.

Dated: February 24, 2017         CHRISTENSEN LAW GROUP

_____
Kevin M. (Casey) Christensen
Attorneys for Defendants Rosas Brothers Construction, Inc., Victor Manuel Rosas, Jose Humberto Rosas, and Jose Luis Rosas

Dated: February 24, 2017         JUSTICE AT WORK LAW GROUP

_____/s/ Tomas E. Margain_____
Tomas Margain
Attorneys for Plaintiff Antonio Maravilla

**[PROPOSED] ORDER**

    Pursuant to stipulation, it is so ordered. The Case Management Conference previously set for March 8, 2017, shall be continued to April 12, 2017 at 2pm, and all related matters/deadlines shall be recomputed from this date.

_____
Hon. Jon S. Tigar
District Court Judge