Kevin M.(Casey) Christensen (Bar No. 168119)
casey@christensenlawgrp.com
CHRISTENSEN LAW GROUP
2603 Camino Ramon, Suite 385
San Ramon, CA 94583
Telephone:     925.937.0800
Facsimile:      925.215.4514

Attorneys for ROSAS BROTHERS
CONSTRUCTION, INC.; VICTOR MANUEL
ROSAS, JOSE HUMBERTO ROSAS, and JOSE
LUIS ROSAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO MARAVILLA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROSAS BROTHERS CONSTRUCTION, INC.; VICTOR MANUEL ROSAS, JOSE HUMBERTO ROSAS, and JOSE LUIS ROSAS,<br><br>　　　　　Defendants. | Case No.  3:16-CV-06117 JST<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER COMPLAINT<br><br>**Hon. Jon S. Tigar** |

The Court having considered the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that defendants' time to file their Answer in this action is enlarged to and including December 8, 2017.

1

CV-12-00613 LHK (HRL)
DECL OF KEVIN M. CHRISTENSEN ISO
[~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER COMPLAINT   C16-06117 JST

IT IS SO ORDERED

Dated: December 11, 2017

JON S. TIGAR

United States District Judge