TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
ANTONIO MARAVILLA

Kevin M.(Casey) Christensen (Bar No. 168119)
casey@christensenlawgrp.com
CHRISTENSEN LAW GROUP
2603 Camino Ramon, Suite 385
San Ramon, CA 94583
Telephone: 925.937.0800
Facsimile: 925.215.4514

Attorneys for Defendants
ROSAS BROTHERS CONSTRUCTION, INC.;
VICTOR MANUEL ROSAS, JOSE HUMBERTO
ROSAS, and JOSE LUIS ROSAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO MARAVILLA, <br><br> Plaintiff, <br><br> v. <br><br> ROSAS BROTHERS CONSTRUCTION, INC.; VICTOR MANUEL ROSAS, JOSE HUMBERTO ROSAS, and JOSE LUIS ROSAS, <br><br> Defendants. | Case No. 3:16-CV-06117 JST <br><br> **STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF AS TO TWO DEPOSITIONS** <br><br><br> **Hon. Jon S. Tigar.** |

1

WHEREAS, the Fact Discovery cut-off is January 12, 2018 [Dkt. No. 14];

WHEREAS, the parties had scheduled two depositions on January 9, 2018 (of Defendant's corporate PMK) and January 12, 2018 (of Plaintiff);

WHEREAS counsel for Defendants fell ill and unilaterally cancelled both depositions on January 8, 2018;

WHEREAS, the parties have rescheduled the depositions being the PMK deposition of ROSAS BROTHERS CONSTRUCTION, INC for January 17, 2018 and the deposition of Plaintiff for January 19, 2018;

THEREFORE, IT IS STIPULATED, by and between Plaintiff and Defendants, that a joint request is hereby made to this Court to extend the January 12, 2018 Fact Discovery cut-off only as to the two above depositions.

Dated: January 11, 2018  //s// Tomas E. Margain
TOMAS MARGAIN
Counsel for Plaintiffs

Dated: January 11, 2018  //s Kevin M. Christensen
Kevin M.(Casey) Christensen
Counsel for Defendant

## ORDER

BASED ON THE ~~PARITES STIPULAITO~~ PARTIES' STIPULATION AND GOOD CAUSE ~~SHOWS~~ SHOWN, the Court Orders as follows:

The Fact Discovery cut-off is extended as to the deposition of Defendant ROSAS BROTHERS CONSTRUCTION, INC and Plaintiff ANTONIO MARAVILLA only. Both depositions must be completed by January 19, 2018.

IT IS SO ORDERED.

Dated: January 19, 2018

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

2

3:16 –CV-06117 JST
JOINT CASE MANAGEMENT CONFERENCE STATEMENT